**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Robert Matthew Wilmoth |
| Debtor 2 (Spouse, if filing) | Mary Christina Wilmoth |
| United States Bankruptcy Court for the: | Eastern District of Virginia (State) |
| Case number | 14-34476-KRH |

Form 4100R

# Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 2 7 4 1

**Property address:** 15506 Exter Mill Road
Number    Street

Chesterfiled    VA    23838
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___ / ___ / _____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 06/20/2019 - 08/20/2019 3 @ $812.42    (a) $ 2,437.26

b. Total fees, charges, expenses, escrow, and costs outstanding: late charges    + (b) $ 246.19

c. **Total**. Add lines a and b.    (c) $ 2,683.45

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    06 / 20 / 2019
MM / DD / YYYY

Less funds in suspense    $    221.53
Total due    $    2,461.92

ebtor 1  Robert  Matthew  Wilmoth                                se number (*if known*) 14-34476-KRH
         First Name  Middle Name  Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been p id i  f ll or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach a  itemized payment history disclosing the following amo nts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telepho e number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Keith Yacko                                      Date 09 / 05 / 2019
  Signature

Print  Keith                    Yacko              Title  Attorney for creditor
       First Name   Middle Name   L st Name

Company  McMichael Taylor Gray, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  3550 Engineering Drive, Suite 260
         Number          Street

         Peachtree Corners,              GA    30092
         City                            State  ZIP Code

Contact phone (407) 289 – 4347                Email /s/ Keith Yacko

| Borrower: WILMOTH, MARY C | | | | | Interest Method: | Arrears | Trustee Pays Arrear/ Borrower Pays Ongoing | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Interest Rate: | 7.800% | | | | | | | | |
| Dt. Rec'd | Days | Description | Total Pd. | Amt. Pd. | Mo Acc Int. | Cum Acc Int. | Pd. Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | Late Balance | Late Fees/pmts | Suspense | Prin. Bal. |
| 08/20/14 | | BK file | | | | 2,826.50 | | | (219.76) | | 0.00 | | 0.00 | | 5.84 | 87,243.81 |
| 08/20/14 | | 03/2014-07/2014 | 3,517.30 | 3,517.30 | 0.00 | 2,826.50 | 2,826.50 | 690.80 | (219.76) | 0.00 | (3517.30) | (3517.30) | 0.00 | 0.00 | 5.84 | 86,553.01 |
| 08/20/14 | | Escrow claimed above | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (219.76) | 0.00 | (4270.80) | (753.50) | 0.00 | 0.00 | 5.84 | 86,553.01 |
| 08/20/14 | | Escrow Shortage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (219.76) | 0.00 | (4661.10) | (390.30) | 0.00 | 0.00 | 5.84 | 86,553.01 |
| 08/20/14 | | Corp Adv | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (219.76) | 0.00 | (4927.71) | (266.61) | 0.00 | 0.00 | 5.84 | 86,553.01 |
| | | | | | 0.00 | 0.00 | 0.00 | 0.00 | (219.76) | 0.00 | (4927.71) | 0.00 | 0.00 | 0.00 | 5.84 | 86,553.01 |
| 09/24/14 | | Short Pmnt | 796.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (219.76) | 0.00 | (4927.71) | 0.00 | 0.00 | 0.00 | 802.16 | 86,553.01 |
| 10/24/14 | 30 | 08/20/14 | 795.00 | 703.46 | 562.59 | 562.59 | 562.59 | 140.87 | (8.91) | 210.85 | (4927.71) | 0.00 | 0.00 | 0.00 | 682.85 | 86,412.14 |
| 11/22/14 | | Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (568.11) | (559.20) | (4927.71) | 0.00 | 0.00 | 0.00 | 682.85 | 86,412.14 |
| 11/24/14 | 30 | 09/20/14 | 800.00 | 703.46 | 561.68 | 561.68 | 561.68 | 141.78 | (357.26) | 210.85 | (4927.71) | 0.00 | 0.00 | 0.00 | 568.54 | 86,270.36 |
| 12/29/14 | 30 | 10/20/14 | 800.00 | 703.46 | 560.76 | 560.76 | 560.76 | 142.70 | (146.41) | 210.85 | (4927.71) | 0.00 | 0.00 | 35.00 | 454.23 | 86,127.66 |
| 01/22/15 | 30 | 11/20/14 | 800.00 | 703.46 | 559.83 | 559.83 | 559.83 | 143.63 | 64.44 | 210.85 | (4927.71) | 0.00 | 0.00 | 0.00 | 339.92 | 85,984.03 |
| 02/27/15 | 30 | 12/20/14 | 800.00 | 703.46 | 558.90 | 558.90 | 558.90 | 144.56 | 275.29 | 210.85 | (4927.71) | 0.00 | 0.00 | 0.00 | 225.61 | 85,839.47 |
| 03/23/15 | 30 | 01/20/15 | 800.00 | 703.46 | 557.96 | 557.96 | 557.96 | 145.50 | 486.14 | 210.85 | (4927.71) | 0.00 | 0.00 | 0.00 | 111.30 | 85,693.96 |
| 04/30/15 | | Short Pmnt | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 486.14 | 0.00 | (4927.71) | 0.00 | 0.00 | 0.00 | 911.30 | 85,693.96 |
| 05/27/15 | 30 | 02/20/15 | 800.00 | 703.46 | 557.01 | 557.01 | 557.01 | 146.45 | 696.99 | 210.85 | (4927.71) | 0.00 | 0.00 | 0.00 | 796.99 | 85,547.51 |
| 05/29/15 | | Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 111.87 | (585.12) | (4927.71) | 0.00 | 0.00 | 0.00 | 796.99 | 85,547.51 |
| 07/23/15 | 30 | 03/20/15 | 800.00 | 703.46 | 556.06 | 556.06 | 556.06 | 147.40 | 322.72 | 210.85 | (4927.71) | 0.00 | 0.00 | 0.00 | 682.68 | 85,400.11 |
| 08/26/15 | | NEW ESCROW: $93.20   Total: 796.66 Due for:04/20/15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 322.72 | | (4927.71) | 0.00 | 0.00 | 0.00 | 682.68 | 85,400.11 |
| 08/26/15 | 30 | 04/20/15 | 800.00 | 703.46 | 555.10 | 555.10 | 555.10 | 148.36 | 415.92 | 93.20 | (4927.71) | 0.00 | 0.00 | 0.00 | 686.02 | 85,251.75 |
| 09/29/15 | 30 | 05/20/15 | 800.00 | 703.46 | 554.14 | 554.14 | 554.14 | 149.32 | 509.12 | 93.20 | (4927.71) | 0.00 | 0.00 | 0.00 | 689.36 | 85,102.43 |
| 10/26/15 | | Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (76.00) | (585.12) | (4927.71) | 0.00 | 0.00 | 0.00 | 689.36 | 85,102.43 |
| 10/30/15 | 30 | 06/20/15 | 800.00 | 703.46 | 553.17 | 553.17 | 553.17 | 150.29 | 17.20 | 93.20 | (4927.71) | 0.00 | 0.00 | 0.00 | 692.70 | 84,952.14 |
| 11/27/15 | 30 | 07/20/15 | 800.00 | 703.46 | 552.19 | 552.19 | 552.19 | 151.27 | 110.40 | 93.20 | (4927.71) | 0.00 | 0.00 | 0.00 | 696.04 | 84,800.86 |
| 12/29/15 | 30 | 08/20/15 | 800.00 | 703.46 | 551.21 | 551.21 | 551.21 | 152.25 | 203.60 | 93.20 | (4927.71) | 0.00 | 0.00 | 0.00 | 699.38 | 84,648.61 |
| 01/28/16 | 30 | 09/20/15 | 800.00 | 703.46 | 550.22 | 550.22 | 550.22 | 153.24 | 296.80 | 93.20 | (4927.71) | 0.00 | 0.00 | 0.00 | 702.72 | 84,495.37 |
| 02/24/16 | 30 | 10/20/15 | 800.00 | 703.46 | 549.22 | 549.22 | 549.22 | 154.24 | 390.00 | 93.20 | (4927.71) | 0.00 | 0.00 | 0.00 | 706.06 | 84,341.13 |
| 03/24/16 | 30 | 11/20/15 | 800.00 | 703.46 | 548.22 | 548.22 | 548.22 | 155.24 | 483.20 | 93.20 | (4927.71) | 0.00 | 0.00 | 0.00 | 709.40 | 84,185.88 |
| 04/26/16 | 30 | 12/20/15 | 800.00 | 703.46 | 547.21 | 547.21 | 547.21 | 156.25 | 576.40 | 93.20 | (4927.71) | 0.00 | 0.00 | 0.00 | 712.74 | 84,029.63 |
| 05/03/16 | | Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15.44) | (591.84) | (4927.71) | 0.00 | 0.00 | 0.00 | 712.74 | 84,029.63 |
| 05/25/16 | 30 | 01/20/16 | 800.00 | 703.46 | 546.19 | 546.19 | 546.19 | 157.27 | 77.76 | 93.20 | (4927.71) | 0.00 | 0.00 | 0.00 | 716.08 | 83,872.36 |
| 06/07/16 | | Arrears | 278.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 77.76 | 0.00 | (4649.28) | 278.43 | 0.00 | 0.00 | 716.08 | 83,872.36 |
| 06/23/16 | 30 | 02/20/16 | 800.00 | 703.46 | 545.17 | 545.17 | 545.17 | 158.29 | 170.96 | 93.20 | (4649.28) | 0.00 | 0.00 | 0.00 | 719.42 | 83,714.07 |
| 06/30/16 | | Arrears | 217.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 170.96 | 0.00 | (4431.63) | 217.65 | 0.00 | 0.00 | 719.42 | 83,714.07 |
| 07/25/16 | 30 | 03/20/16 | 800.00 | 703.46 | 544.14 | 544.14 | 544.14 | 159.32 | 264.16 | 93.20 | (4431.63) | 0.00 | 0.00 | 0.00 | 722.76 | 83,554.76 |
| 08/16/16 | | NEW ESCROW: $97.52   Total: $800.98 Due for:04/20/16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 264.16 | | (4431.63) | 0.00 | 0.00 | 0.00 | 722.76 | 83,554.76 |
| 08/16/16 | 30 | 04/20/16 | 800.00 | 703.46 | 543.11 | 543.11 | 543.11 | 160.35 | 361.68 | 97.52 | (4431.63) | 0.00 | 0.00 | 0.00 | 721.78 | 83,394.40 |
| 09/21/16 | 30 | 05/20/16 | 800.00 | 703.46 | 542.06 | 542.06 | 542.06 | 161.40 | 459.20 | 97.52 | (4431.63) | 0.00 | 0.00 | 0.00 | 720.80 | 83,233.01 |
| 09/23/16 | | Arrears | 428.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 459.20 | 0.00 | (4002.88) | 428.75 | 0.00 | 0.00 | 720.80 | 83,233.01 |
| 10/26/16 | 30 | 06/20/16 | 800.00 | 703.46 | 541.01 | 541.01 | 541.01 | 162.45 | 556.72 | 97.52 | (4002.88) | 0.00 | 0.00 | 0.00 | 719.82 | 83,070.58 |
| 11/01/16 | | Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (35.12) | (591.84) | (4002.88) | 0.00 | 0.00 | 0.00 | 719.82 | 83,070.58 |
| 11/17/16 | | Arrears | 182.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (35.12) | 0.00 | (3820.32) | 182.56 | 0.00 | 0.00 | 719.82 | 83,070.58 |
| 11/22/16 | 30 | 07/20/16 | 800.00 | 703.46 | 539.96 | 539.96 | 539.96 | 163.50 | 62.40 | 97.52 | (3820.32) | 0.00 | 0.00 | 0.00 | 718.84 | 82,907.08 |
| 12/24/16 | | Arrears | 250.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62.40 | 0.00 | (3570.03) | 250.29 | 0.00 | 0.00 | 718.84 | 82,907.08 |
| 12/28/16 | 30 | 08/20/16 | 800.00 | 703.46 | 538.90 | 538.90 | 538.90 | 164.56 | 159.92 | 97.52 | (3570.03) | 0.00 | 0.00 | 0.00 | 717.86 | 82,742.52 |
| 01/03/17 | | Arrears | 218.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 159.92 | 0.00 | (3351.95) | 218.08 | 0.00 | 0.00 | 717.86 | 82,742.52 |
| 01/23/17 | 30 | 09/20/16 | 800.00 | 703.46 | 537.83 | 537.83 | 537.83 | 165.63 | 257.44 | 97.52 | (3351.95) | 0.00 | 0.00 | 0.00 | 716.88 | 82,576.89 |
| **02/09/17** | | **Transfer to SN** | | | | | | | 257.44 | | (3351.95) | 0.00 | 0.00 | 0.00 | 716.88 | 82,576.89 |
| 02/09/17 | 30 | 10/20/16 | 800.00 | 703.46 | 536.75 | 536.75 | 536.75 | 166.71 | 354.96 | 97.52 | (3351.95) | 0.00 | 0.00 | 0.00 | 715.90 | 82,410.18 |
| 03/10/17 | | Arrears | 601.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 354.96 | 0.00 | (2750.84) | 601.11 | 0.00 | 0.00 | 715.90 | 82,410.18 |
| 03/16/17 | 30 | 11/20/16 | 801.00 | 703.46 | 535.67 | 535.67 | 535.67 | 167.79 | 452.48 | 97.52 | (2750.84) | 0.00 | 0.00 | 0.00 | 715.92 | 82,242.39 |
| 03/30/17 | | Arrears | 504.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 452.48 | 0.00 | (2245.86) | 504.98 | 0.00 | 0.00 | 715.92 | 82,242.39 |
| 04/13/17 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 452.48 | 0.00 | (2245.86) | 0.00 | (35.17) | (35.17) | 715.92 | 82,242.39 |
| 04/19/17 | 30 | 12/20/16 | 802.00 | 703.46 | 534.58 | 534.58 | 534.58 | 168.88 | 550.00 | 97.52 | (2245.86) | 0.00 | (35.17) | 0.00 | 716.94 | 82,073.50 |
| 05/03/17 | | Late charge Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 550.00 | 0.00 | (2245.86) | 0.00 | 0.00 | 35.17 | 681.77 | 82,073.50 |
| 05/06/17 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 550.00 | 0.00 | (2245.86) | 0.00 | (35.17) | (35.17) | 681.77 | 82,073.50 |
| 05/11/17 | | Tax Bill | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (90.82) | (640.82) | (2245.86) | 0.00 | (35.17) | 0.00 | 681.77 | 82,073.50 |
| 05/18/17 | 30 | 01/20/17 | 801.00 | 703.46 | 533.48 | 533.48 | 533.48 | 169.98 | 6.70 | 97.52 | (2245.86) | 0.00 | (35.17) | 0.00 | 681.77 | 81,903.52 |
| 05/18/17 | | Late charge Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.70 | 0.00 | (2245.86) | 0.00 | (35.15) | 0.02 | 681.77 | 81,903.52 |
| 06/05/17 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.70 | 0.00 | (2245.86) | 0.00 | (70.32) | (35.17) | 681.77 | 81,903.52 |
| 06/15/17 | | Arrears | 506.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.70 | 0.00 | (1738.92) | 506.94 | (70.32) | 0.00 | 681.77 | 81,903.52 |
| 06/19/17 | 30 | 02/20/17 | 802.00 | 703.46 | 532.37 | 532.37 | 532.37 | 171.09 | 104.22 | 97.52 | (1738.92) | 0.00 | (70.32) | 0.00 | 682.79 | 81,732.43 |
| 07/06/17 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 104.22 | 0.00 | (1738.92) | 0.00 | (105.49) | (35.17) | 682.79 | 81,732.43 |
| 07/13/17 | 30 | 03/20/17 | 802.00 | 703.46 | 531.26 | 531.26 | 531.26 | 172.20 | 201.74 | 97.52 | (1738.92) | 0.00 | (105.49) | 0.00 | 683.81 | 81,560.23 |
| 07/13/17 | | Late charge Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 201.74 | 0.00 | (1738.92) | 0.00 | (104.47) | 1.02 | 682.79 | 81,560.23 |
| 07/26/17 | | Arrears | 254.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 201.74 | 0.00 | (1484.42) | 254.50 | (104.47) | 0.00 | 682.79 | 81,560.23 |
| 08/05/17 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 201.74 | 0.00 | (1484.42) | 0.00 | (139.64) | (35.17) | 682.79 | 81,560.23 |

| Date | | Description | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/11/17 | | Due for 04/20/2017 New Payment: $802.10 New Escrow: $98.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 201.74 | 0.00 | (1484.42) | 0.00 | (139.64) | 0.00 | 682.79 | 81,560.23 |
| 08/11/17 | 30 | 04/20/17 | 811.00 | 703.46 | 530.14 | 530.14 | 530.14 | 173.32 | 300.38 | 98.64 | (1484.42) | 0.00 | (139.64) | 0.00 | 691.69 | 81,386.91 |
| 08/11/17 | | Late charge Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.38 | 0.00 | (1484.42) | 0.00 | (129.62) | 10.02 | 681.67 | 81,386.91 |
| 08/30/17 | | Arrears | 509.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.38 | 0.00 | (974.54) | 509.88 | (129.62) | 0.00 | 681.67 | 81,386.91 |
| 09/05/17 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.38 | 0.00 | (974.54) | 0.00 | (164.79) | (35.17) | 681.67 | 81,386.91 |
| 09/13/17 | 30 | 05/20/17 | 811.00 | 703.46 | 529.01 | 529.01 | 529.01 | 174.45 | 399.02 | 98.64 | (974.54) | 0.00 | (164.79) | 0.00 | 690.57 | 81,212.47 |
| 10/06/17 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 399.02 | 0.00 | (974.54) | 0.00 | (199.96) | (35.17) | 690.57 | 81,212.47 |
| 10/11/17 | 30 | 06/20/17 | 811.00 | 703.46 | 527.88 | 527.88 | 527.88 | 175.58 | 497.66 | 98.64 | (974.54) | 0.00 | (199.96) | 0.00 | 699.47 | 81,036.89 |
| 11/03/17 | | Arrears | 510.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 497.66 | 0.00 | (463.79) | 510.75 | (199.96) | 0.00 | 699.47 | 81,036.89 |
| 11/05/17 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 497.66 | 0.00 | (463.79) | 0.00 | (235.13) | (35.17) | 699.47 | 81,036.89 |
| 11/06/17 | | Tax Bill | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (130.66) | (628.32) | (463.79) | 0.00 | (235.13) | 0.00 | 699.47 | 81,036.89 |
| 11/17/18 | | Tax Refund | 628.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 497.66 | 628.32 | (463.79) | 0.00 | (235.13) | 0.00 | 699.47 | 81,036.89 |
| 11/20/17 | 30 | 07/20/17 | 835.00 | 703.46 | 526.74 | 526.74 | 526.74 | 176.72 | 596.30 | 98.64 | (463.79) | 0.00 | (235.13) | 0.00 | 732.37 | 80,860.17 |
| 12/06/17 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 596.30 | 0.00 | (463.79) | 0.00 | (270.30) | (35.17) | 732.37 | 80,860.17 |
| 12/14/17 | 30 | 08/20/17 | 811.00 | 703.46 | 525.59 | 525.59 | 525.59 | 177.87 | 694.94 | 98.64 | (463.79) | 0.00 | (270.30) | 0.00 | 741.27 | 80,682.30 |
| 12/28/17 | | Arrears | 255.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 694.94 | 0.00 | (207.82) | 255.97 | (270.30) | 0.00 | 741.27 | 80,682.30 |
| 01/02/18 | | Tax Bill | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 66.62 | (628.32) | (207.82) | 0.00 | (270.30) | 0.00 | 741.27 | 80,682.30 |
| 01/05/18 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 66.62 | 0.00 | (207.82) | 0.00 | (305.47) | (35.17) | 741.27 | 80,682.30 |
| 01/17/18 | 30 | 09/20/17 | 811.00 | 703.46 | 524.43 | 524.43 | 524.43 | 179.03 | 165.26 | 98.64 | (207.82) | 0.00 | (305.47) | 0.00 | 750.17 | 80,503.27 |
| 01/31/18 | | Arrears | 207.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.26 | 0.00 | 0.00 | 207.82 | (305.47) | 0.00 | 750.17 | 80,503.27 |
| 02/05/18 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.26 | 0.00 | 0.00 | 0.00 | (340.64) | (35.17) | 750.17 | 80,503.27 |
| 02/15/18 | 30 | 10/20/17 | 811.00 | 703.46 | 523.27 | 523.27 | 523.27 | 180.19 | 263.90 | 98.64 | 0.00 | 0.00 | (340.64) | 0.00 | 759.07 | 80,323.09 |
| 03/08/18 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 263.90 | 0.00 | 0.00 | 0.00 | (375.81) | (35.17) | 759.07 | 80,323.09 |
| 03/14/18 | 30 | 11/20/17 | 811.00 | 703.46 | 522.10 | 522.10 | 522.10 | 181.36 | 362.54 | 98.64 | 0.00 | 0.00 | (375.81) | 0.00 | 767.97 | 80,141.73 |
| 04/05/18 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 362.54 | 0.00 | 0.00 | 0.00 | (410.98) | (35.17) | 767.97 | 80,141.73 |
| 04/19/18 | 30 | 12/20/17 | 811.00 | 703.46 | 520.92 | 520.92 | 520.92 | 182.54 | 461.18 | 98.64 | 0.00 | 0.00 | (410.98) | 0.00 | 776.87 | 79,959.19 |
| 04/26/18 | | Tax Bill | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (192.57) | (653.75) | 0.00 | 0.00 | (410.98) | 0.00 | 776.87 | 79,959.19 |
| 05/06/18 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (192.57) | 0.00 | 0.00 | 0.00 | (446.15) | (35.17) | 776.87 | 79,959.19 |
| 05/18/18 | 30 | 01/20/18 | 811.00 | 703.46 | 519.73 | 519.73 | 519.73 | 183.73 | (93.93) | 98.64 | 0.00 | 0.00 | (446.15) | 0.00 | 785.77 | 79,775.46 |
| 06/05/18 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (93.93) | 0.00 | 0.00 | 0.00 | (481.32) | (35.17) | 785.77 | 79,775.46 |
| 06/20/18 | 30 | 02/20/18 | 811.00 | 703.46 | 518.54 | 518.54 | 518.54 | 184.92 | 4.71 | 98.64 | 0.00 | 0.00 | (481.32) | 0.00 | 794.67 | 79,590.54 |
| 07/06/18 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.71 | 0.00 | 0.00 | 0.00 | (516.49) | (35.17) | 794.67 | 79,590.54 |
| 07/19/18 | 30 | 03/20/18 | 811.00 | 703.46 | 517.34 | 517.34 | 517.34 | 186.12 | 103.35 | 98.64 | 0.00 | 0.00 | (516.49) | 0.00 | 803.57 | 79,404.42 |
| 07/19/18 | | 04/20/18 | 0.00 | 703.46 | 516.13 | 516.13 | 516.13 | 187.33 | 201.99 | 98.64 | 0.00 | 0.00 | (516.49) | 0.00 | 1.47 | 79,217.09 |
| 08/05/18 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 201.99 | 0.00 | 0.00 | 0.00 | (551.66) | (35.17) | 1.47 | 79,217.09 |
| 08/16/18 | 30 | 05/20/18 | 811.00 | 703.46 | 514.91 | 514.91 | 514.91 | 188.55 | 300.63 | 98.64 | 0.00 | 0.00 | (551.66) | 0.00 | 10.37 | 79,028.54 |
| 09/05/18 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.63 | 0.00 | 0.00 | 0.00 | (586.83) | (35.17) | 10.37 | 79,028.54 |
| 09/13/18 | 30 | 06/20/18 | 811.00 | 703.46 | 513.69 | 513.69 | 513.69 | 189.77 | 399.27 | 98.64 | 0.00 | 0.00 | (586.83) | 0.00 | 19.27 | 78,838.77 |
| 10/06/18 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 399.27 | 0.00 | 0.00 | 0.00 | (622.00) | (35.17) | 19.27 | 78,838.77 |
| 10/11/18 | 30 | 07/20/18 | 811.00 | 703.46 | 512.45 | 512.45 | 512.45 | 191.01 | 497.91 | 98.64 | 0.00 | 0.00 | (622.00) | 0.00 | 28.17 | 78,647.76 |
| 11/01/18 | | Tax Bill | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (143.34) | (641.25) | 0.00 | 0.00 | (622.00) | 0.00 | 28.17 | 78,647.76 |
| 11/05/18 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (143.34) | 0.00 | 0.00 | 0.00 | (657.17) | (35.17) | 28.17 | 78,647.76 |
| 11/13/18 | | Tax Bill | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (155.84) | (12.50) | 0.00 | 0.00 | (657.17) | 0.00 | 28.17 | 78,647.76 |
| 11/16/18 | 30 | 08/20/18 | 850.00 | 703.46 | 511.21 | 511.21 | 511.21 | 192.25 | (57.20) | 98.64 | 0.00 | 0.00 | (657.17) | 0.00 | 76.07 | 78,455.51 |
| 12/06/18 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (57.20) | 0.00 | 0.00 | 0.00 | (692.34) | (35.17) | 76.07 | 78,455.51 |
| 12/17/18 | 30 | 09/20/18 | 815.00 | 703.46 | 509.96 | 509.96 | 509.96 | 193.50 | 41.44 | 98.64 | 0.00 | 0.00 | (692.34) | 0.00 | 88.97 | 78,262.01 |
| 01/05/19 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41.44 | 0.00 | 0.00 | 0.00 | (727.51) | (35.17) | 88.97 | 78,262.01 |
| 01/16/19 | 30 | 10/20/18 | 815.00 | 703.46 | 508.70 | 508.70 | 508.70 | 194.76 | 140.08 | 98.64 | 0.00 | 0.00 | (727.51) | 0.00 | 101.87 | 78,067.23 |
| 02/05/19 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.08 | 0.00 | 0.00 | 0.00 | (762.68) | (35.17) | 101.87 | 78,068.23 |
| 02/15/19 | 30 | 11/20/18 | 815.00 | 703.46 | 507.44 | 507.44 | 507.44 | 196.02 | 238.72 | 98.64 | 0.00 | 0.00 | (762.68) | 0.00 | 114.77 | 78,069.23 |
| 03/08/19 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 238.72 | 0.00 | 0.00 | 0.00 | (797.85) | (35.17) | 114.77 | 78,070.23 |
| 03/18/19 | 30 | 12/20/18 | 815.00 | 703.46 | 507.46 | 507.46 | 507.46 | 196.00 | 337.36 | 98.64 | 0.00 | 0.00 | (797.85) | 0.00 | 127.67 | 78,071.23 |
| 04/05/19 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 337.36 | 0.00 | 0.00 | 0.00 | (833.02) | (35.17) | 127.67 | 78,072.23 |
| 04/18/19 | 30 | 01/20/19 | 825.00 | 703.46 | 507.47 | 507.47 | 507.47 | 195.99 | 436.00 | 98.64 | 0.00 | 0.00 | (833.02) | 0.00 | 150.57 | 78,073.23 |
| 05/06/19 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 436.00 | 0.00 | 0.00 | 0.00 | (868.19) | (35.17) | 150.57 | 78,074.23 |
| 05/06/19 | | Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (249.10) | (685.10) | 0.00 | 0.00 | (868.19) | 0.00 | 150.57 | 78,075.23 |
| 05/17/19 | 30 | 02/20/19 | 825.00 | 703.46 | 507.49 | 507.49 | 507.49 | 195.97 | (150.46) | 98.64 | 0.00 | 0.00 | (868.19) | 0.00 | 173.47 | 78,076.23 |
| 06/05/19 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (150.46) | 0.00 | 0.00 | 0.00 | (903.36) | (35.17) | 173.47 | 78,077.23 |
| 06/17/19 | 30 | 03/20/19 | 825.00 | 703.46 | 507.50 | 507.50 | 507.50 | 195.96 | (51.82) | 98.64 | 0.00 | 0.00 | (903.36) | 0.00 | 196.37 | 78,078.23 |
| 06/28/19 | | Late Charge Waive | 727.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (51.82) | 0.00 | 0.00 | 0.00 | (175.85) | 727.51 | 196.37 | 78,079.23 |
| 07/06/19 | | Late Charge Assess | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (51.82) | 0.00 | 0.00 | 0.00 | (211.02) | (35.17) | 196.37 | 78,080.23 |
| 07/16/19 | 30 | 04/20/19 | 825.00 | 703.46 | 507.52 | 507.52 | 507.52 | 195.94 | 57.14 | 108.96 | 0.00 | 0.00 | (211.02) | 0.00 | 208.95 | 78,081.23 |
| 08/05/19 | | Late Charge Assess | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.14 | 0.00 | 0.00 | 0.00 | (246.19) | (35.17) | 208.95 | 78,082.23 |
| 08/14/19 | 30 | 05/20/19 | 825.00 | 703.46 | 507.53 | 507.53 | 507.53 | 195.93 | 166.10 | 108.96 | 0.00 | 0.00 | (246.19) | 0.00 | 221.53 | 78,083.23 |
| | | | | | | | | | 166.10 | 0.00 | 0.00 | 0.00 | (246.19) | 0.00 | 221.53 | 78,084.23 |
| | | Arr Escrow to Escrow | 1,143.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,309.90 | 1,143.80 | 0.00 | 0.00 | (246.19) | 0.00 | 221.53 | 78,085.23 |
| | | Due for 06/20/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,309.90 | 0.00 | 0.00 | 0.00 | (246.19) | 0.00 | 221.53 | 78,086.23 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,309.90 | 0.00 | 0.00 | 0.00 | (246.19) | 0.00 | 221.53 | 78,087.23 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
**Robert Matthew Wilmoth**
15506 Exter Mill Road
Chesterfield, VA 23838

**Mary Christina Wilmoth**
15506 Exter Mill Road
Chesterfield, VA 23838


**Via CM/ECF electronic service:**
**Jeanne E. Hovenden**
Jeanne E. Hovenden, P.L.L.C.
9830 Lori Road
P O Box 1839
Chesterfield, VA 23832

**Suzanne E. Wade**
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226


    /s/ Keith Yacko
Keith Yacko
Virginia Bar No. 37854
McMichael Taylor Gray, LLC
 3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
407-289-4347

kyacko@mtglaw.com